IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAM NG,

    Plaintiff,

v.

CONOCOPHILLIPS CO., et al.,

    Defendants.
_____/

No. 09-03051 JSW

**ORDER DENYING REQUEST FOR JUDICIAL NOTICE**

On August 9, 2009, Plaintiff filed a Request for Judicial Notice in which he asks this Court to remand this matter. Defendant has filed an objection to the Request for Judicial Notice, on the basis that the Request for Judicial Notice is not the proper manner in which to seek remand. The Court agrees and, on that basis, denies the request for judicial notice. If the Plaintiff seeks to remand this matter, he should file a properly noticed motion.

**IT IS SO ORDERED.**

Dated: August 13, 2009

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE